Emil N. Anderson et al., appellees, v. Adelaide M. Williamson et al., on appeal of Mort D. Goldberg, appellant. Gen. No. 34,569.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

Frank Goldberg, for appellant; Harry G. Hershenson, of counsel. No appearance for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Roy O. Brown, trading as Brown Realty Company, defendant in error, v. Joseph Tetz, plaintiff in error. Gen. No. 34,483.

 Heard in the first division of this court for the first district at the February term, 1930. Opinion filed December 22, 1930.

William M. Johnson, for plaintiff in error. Isador Becker and Pines, Morse & Stein, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Josephine Warren et al., plaintiffs in error. Gen. No. 34,519.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

Wm. W. Smith and Milton D. Smith, for certain plaintiffs in error. Burke & Crane, for certain other plaintiffs in error; James M. Burke, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Edw. E. Wilson and Henry T. Chace, Jr., Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Daniel O. McGuire, appellant, v. Herman Gumbinsky et al., appellees. Gen. No. 34,542.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

John A. Brown, for appellant. Winston, Strawn & Shaw, for appellee General Fiber Co. Pennish & Rashbaum and William Friedman, for appellees Harry, Herman and Nathan Gumbinsky. Townley, Wild, Campbell & Clark, for appellee J. S. Bache & Co.; Morris Townley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.